■ JULES REINER, Doing Business as REINER REALTY CO. v. ROBERT H. ELLINGER et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Arbitration between ROBERT C. FINKELSTEIN and STANLEY HARRIS et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ SHEILA REIDY v. LOUIS CASAZZA.— Application granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MARY C. ABBATE et al., v. ROBERT J. CARTER et al.— Application denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FERNANDO SERRANO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HARRISON TARVER. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. PETER BUZZETTI. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO FUENTES. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein.

■ In the Matter of BERNARD KLEINERT v. CITY RENT & REHABILITATION ADMINISTRATOR.— Motion for reargument denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.